No. 128, Misc. MURPHY v. JACKSON, WARDEN. Clinton County Court of New York. Certiorari denied. Petitioner *pro se*. *Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General,

*Herman N. Harcourt* and *Raymond B. Madden,* Assistant Attorneys General, for respondent.